# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THERON JONES,

               Plaintiff,

vs.

REPUBLIC SERVICES,

               Defendant.

Case No. 2:11-cv-00587-JCM-PAL

**ORDER**

(IFP App - Dkt. #1)

      This matter is before the court on Plaintiff Theron Jones' Application to Proceed *In Forma Pauperis* (Dkt. #1). Plaintiff is proceeding in this action *pro se*, has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1). This proceeding was referred to this court by Local Rule IB 1-9.

      Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis.* Plaintiff has not responded to questions 1 or 2, and he has not responded to questions 3(a) - (e). He states that he receives unemployment, but he has not stated how often or in what amount. As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

      Accordingly,

      **IT IS ORDERED**:

      1.    Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **September 22, 2011,** in which to submit the completed application or pay the $350.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Complaint.

Dated this 22nd day of August, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE