UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THERON JONES,
               Plaintiff,

vs.

REPUBLIC SERVICES,
               Defendant.

Case No. 2:11-cv-00587-JCM-PAL

**ORDER AND REPORT OF FINDINGS AND RECOMMENDATION**

Plaintiff Theron Jones is proceeding in this action *pro se* and submitted an Application to Proceed *In Forma Pauperis.* The undersigned reviewed Plaintiff's Application, finding it was incomplete. The court could not determine whether Plaintiff qualified to proceed *in forma pauperis,* and it directed Plaintiff to file a completed Application on or before September 22, 2011. Plaintiff has not complied or requested an extension of time. Plaintiff was warned that failure to comply with the screening order would result in a recommendation to the District Judge that this case be dismissed.

Accordingly,

**IT IS ORDERED** that the Clerk of Court file Plaintiff's Complaint.

**IT IS RECOMMENDED** that the Complaint be **DISMISSED.**

Dated this 23rd day of September, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

///
///
///

**NOTICE**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.