1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan
U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THERON JONES,

        Plaintiff,

v.

REPUBLIC SERVICES, INC., et al.,

        Defendants.

2:11-CV-587 JCM (PAL)

## ORDER

Presently before the court is the report and recommendation of Magistrate Judge Leen (doc. #3) regarding plaintiff Theron Jones' failure to submit a complete application to proceed *in forma pauperis*. Plaintiff was required to file any objections to the report and recommendation by October 13, 2011. (Doc. #3). Plaintiff did file an objection, but it was not timely. (*See* Doc. #5). Additionally, to date, plaintiff has failed to file a complete application to proceed *in forma pauperis*.

On August 22, 2011, Magistrate Judge Leen ordered plaintiff either to submit a complete application to proceed *in forma pauperis* or pay the $350.00 filing fee by September 22, 2011. (Doc. #2). The order stated that "[f]ailure to comply with this order will result in a recommendation to the district judge for dismissal." (Doc. #2). As stated above, plaintiff has failed to file a complete application, request an extension of time to file a complete application, or pay the $350.00 filing fee. Therefore, Magistrate Judge Leen recommended that this court dismiss plaintiff's complaint. (Doc. #3).

. . .

1  The court also notes that plaintiff previously filed a case arising out of the same nucleus of
2 operative facts. (*See Allen, et. al. v. Republic Silver State Disposal, Inc.*, Case No. 10-cv-00827).
3 This other case is also currently pending before the court. Any claims alleged in the instant case
4 could have, and should have, been alleged in plaintiff's previously filed case.
5  Upon review of the report and recommendation (doc. #3), and there not being any timely
6 filed objections,
7  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that United States Magistrate
8 Judge Peggy A. Leen's recommendation (doc. #3), be, and the same hereby is, AFFIRMED in its
9 entirety.
10  IT IS THEREFORE ORDERED that the complaint be, and the same hereby is, DISMISSED
11 without prejudice.
12  DATED October 17, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -